5/11/17

Convergent Outsourcing:

Kevin Wilson
2411 Burns St
Lakeland, FL 33801:
Phone Number: (863) 808-8750

Dear Convergent Outsourcing :
I am requesting that you cease and desist communication with me, as well as my family and friends, in relation to this and all other alleged debts you claim I owe. All communication should be sent via-mail, only. I received more calls from your company than I think is just. Again please do not call me or my family concerning my debt again.

Sincerely,

Kevin Wilson


EXHIBIT A