5/11/2017     Law Offices of Michael Lupolover Mail - Successful transmission to 12063224838. Re: kevin wilson



Alex Ades <aa@lupoloverlaw.com>

## Successful transmission to 12063224838. Re: kevin wilson
1 message

MetroFax <NoReply@metrofax.com>     Thu, May 11, 2017 at 4:42 PM
To: aa@lupoloverlaw.com

*metrofax*

Hi A,     Re: kevin wilson

The fax you sent through MetroFax to 12063224838 was successfully transmitted.

**Fax Details**

| | |
|---|---|
| Date: | 2017-05-11 20:42:35 (GMT) |
| Number of Pages: | 2 |
| Length of Transmission: | 79 seconds |
| Receiving Machine Fax ID: | A770..H323.FAX |

If you have any questions, please call us at (888) 321-3121 ext. 2 or visit our online help center at https://www.metrofax.com/support.

Thank you for using the MetroFax service.

Sincerely,
The MetroFax Team



EXHIBIT B